1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>JOSHUA THOMAS VADEN,<br><br>               Defendant. | CASE NO. 2:19-MJ-00069-AC<br><br>[~~PROPOSED~~] ORDER |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 2:19-MJ-00069-AC against defendant JOSHUA THOMAS VADEN is GRANTED.

DATED: May 16, 2019

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER           1